IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WELLS FARGO BANK,
   Plaintiff,

   v.

TERRY CYRUS,
   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2064-TWT

## ORDER

This is a dispossessory action removed to this Court by the Defendant. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Douglas County. For the reasons set forth in the Report and Recommendation, this action was improperly removed and the Court has no subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Douglas County.

SO ORDERED, this 19 day of August, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge